UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LAURA DUDLEY JENKINS,
    Plaintiff,

vs.

ACM GROUP, et al.,
    Defendants.

Case No. 1:11-cv-279
Litkovitz, M.J.

ORDER

The parties have reached a settlement in this matter.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date: 2/13/2012

Karen L. Litkovitz, Magistrate Judge
United States District Court