# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LAURA DUDLEY JENKINS,  Case No. 1:11-cv-279
    Plaintiff,  Litkovitz, M.J.

vs.

ACM GROUP, et al.,  **ORDER**
    Defendants.

The parties have reached a settlement in this matter.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date: 2/13/2012

Karen L. Litkovitz, Magistrate Judge
United States District Court